**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RICHARD SPELLS, JR, Individually and as Special Administrator of the Estate of Richard Spells, Deceased<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORP., a.k.a. BUFFALO PUMPS, INC., *et al.,*<br><br>Defendants. | )<br>)<br>)<br>) Case No.: 3:13-cv-00129-JPG-SCW<br>)<br>) State Court Case No.: 12-L-1727<br>)<br>)<br>)<br>)<br>) |

## **JURY DEMAND**

The defendant, CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, hereby demands a jury on all issues of liability and damages, pursuant to Federal Rule of Civil Procedure 38.

Dated: February 7, 2013

Respectfully submitted,

**FOLEY & MANSFIELD, P.L.L.P.**

*/s/ Robert S. Sanderson*
Daniel G. Donahue - #6193558
ddonahue@foleymansfield.com
Robert S. Sanderson - #6295482
rsanderson@foleymansfield.com
Attorneys for Defendant, CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to   CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110
Phone: 314-925-5700
Fax: 314-925-5701
Dated: February 7, 2013

cc: Steven Aroesty
    Napoli, Bern, et al. (via U.S. Postal Service)