# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Richard Spells Jr., *Plaintiff* | |
| v. | Case Number: 13-129-DGW-SCW |
| Air & Liquidation Systems Corporation, et al., *Defendants* | |

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 304          DOCUMENT TITLE: Notice of Appearance

One of the following errors/deficiencies has been identified in the document listed above:

☒     Other: Document is in violation of Local Rule 83.1(g). "An attorney may not withdraw an entry of appearance for a party without leave of court and notice to all parties"

### ACTION TAKEN BY CLERK'S OFFICE

☒     Other: Counsel will not been withdrawn for the parties

### ACTION REQUIRED BY FILER

☒     Other: A motion must be filed with the Court requesting leave to withdraw as counsel with notice to all parties. This motion must be signed by all attorneys requesting leave to withdraw in accordance with the provisions of Section 2.1 of the CM/ECF User's Manual.

Dated: February 7, 2014

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/ Kailyn Kramer*
Deputy Clerk