EXHIBIT H

*Forward to Federal Record Ctr*

NAVSHIPS TM1-DLG13

0203-601-2000

## TECHNICAL MANUAL INDEX

### USS WILLIAM V. PRATT (DLG13)

PHILADELPHIA NAVAL SHIPYARD
PHILADELPHIA 12, PA.

| BUREAU OF SHIPS | NAVY DEPARTMENT | DECEMBER 1961 |

## PART I – HULL AND MECHANICAL

### DLG13

| NAVSHIPS NUMBER | TITLE OF TECHNICAL MANUALS | MANUFACTURER | NO. COPIES PER SHIP |
|---|---|---|---|
| 347-3101 | Turbine Driven Fuel Oil Service Pump | De Laval Steam Turb. | 5 |
| 347-3108 | Turbine Driven Lube Oil Service Pump | De Laval | 3 |
| 347-3121 | Type "AONI" Series Motor Driven Centrifugal Pumps for Misc. Services | M.T. Davidson Co. | 4 |
| 347-3135 | Motor-Driven Diesel Oil Transfer Pump | De Laval | 4 |
| 347-3146 | Turbine Driven Main Condenser Circulating Pump | Warren Pumps, Inc. | 3 |
| 347-3155 | Port Fuel Oil Service Pump | De Laval | 3 |
| 347-3158 | Turbine and Motor Driven Main Condensate Pumps | Warren Pumps Inc. | 4 |
| 347-3162 | Fuel Oil Transfer Pump | DeLaval | 2 |
| 347-3170 | Bilge and Fuel Oil Tank Stripping Pump | Warren Pumps, Inc. | 3 |
| 347-3203 | Reserve Feed Transfer Pump – Emergency Diesel Gen. Sea Water Circ. Pmp.-Fresh Water Tank Drain Pump | W.H. Eagan Co. | 4 |
| 347-3242 | Turbine and Motor Driven 500 G.P.M. Fire Pumps | Warren Pumps Inc. | 4 |
| 347-3253 | Turbine and Motor Driven Main Feed Booster Pump | Allis-Chalmers Co. | 4 |
| 347-3334 | Type MD-572 Vacuum Priming Pump for Centrifugal Pumps | Nash Engineering Co. | 3 |
| 347-3370 | Motor Driven Centrifugal Pumps for Distilling Plant | Warren Pumps, Inc. | 5 |
| 347-3560 | Sea Water Circ. Pump for Ships Stores Refrig. Sonar & ASW Equipt. | Frederick Iron & Steel | 4 |

Page I-7