IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD SPELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-129-DGW-SCW |
| ) | |
| AIR & LIQUID SYSTEMS CORPORATION, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

A status hearing was held in this matter before the undersigned on April 2, 2014. Plaintiff is **ORDERED** to file a written notice to the Court by Friday, April 11, 2014 indicating which defendants remain in the case, which defendants have been dismissed, and which defendants have settled. Any cross plaintiff has until April 17, 2014 to file a notice of dismissal or to notify the Court of which cross-defendants remain in this case, which cross-defendants have been dismissed and which have settled.

Plaintiff is further **ORDERED** to file a written notice to the Court by Friday, April 11, 2014 as to why the fifteen unserved Defendants should not be dismissed from this case as the time for service has expired. Defendants in this case may file a notice regarding their position on the unserved Defendants by April 11, 2014.

**IT IS SO ORDERED.**

**DATED: April 4, 2014**

**DONALD G. WILKERSON**
**United States Magistrate Judge**