IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD SPELLS, JR., Individually And As Administrator Of The Estate Of RICHARD SPELLS, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, A/K/A BUFFALO PUMPS, INC., ET AL.,<br><br>Defendants. | Civil Action No. 3:13-CV-00129-DGW-SCW<br><br>(Circuit Court No. 12-L-1727) |

### DEFENDANT GENERAL ELECTRIC COMPANY'S NOTICE REGARDING STATUS OF CROSS CLAIMS

COMES NOW defendant General Electric Company ("General Electric") and pursuant to the Order of the Court dated April 4, 2014, (Doc. 332) provides to the Court its Notice of the Status of the Cross-Claims Filed by Defendant in this cause of action.

Defendant General Electric filed Cross-Claims against all named defendants as part of its Answer. (See Doc. 77). Defendant General Electric also filed a Motion for Summary Judgment against Plaintiff (See Doc. 293).

Defendant General Electric was named as a Cross-Defendant by the following Cross-Plaintiffs: Flowserve Corporation Individually and as successor in interest to BW/IP International, Inc.; General Dynamics Corporation, individually and as successor in interest to Convair Corporation; Hardie-Tynes Co., Inc.; John Crane, Inc.; Nash Engineering Co.; Ampco-Pittsburgh Corporation; Air & Liquid Systems Corporation; Imo Industries, Inc.; Warren Pumps, LLC; Caterpillar, Inc.; Northrop-Grumman Corporation; and Ingersoll-Rand Company.

Plaintiff, as part of his Notice to the Court filed 4/11/2014 (Doc. 341), stated that he did not intend to oppose the summary judgment motion filed by defendant General Electric and

would be dismissing defendant General Electric.  (Doc. 341, ¶ 7).  Plaintiff has not yet filed that dismissal.

Once the dismissal by Plaintiff has been filed, defendant General Electric will be filing a dismissal of the Cross-Claims it filed and will, in addition, be seeking dismissal of all Cross-Claims filed against it by Cross-Plaintiffs Flowserve Corporation Individually and as successor in interest to BW/IP International, Inc.; General Dynamics Corporation, individually and as successor in interest to Convair Corporation; Hardie-Tynes Co., Inc.; John Crane, Inc.; Nash Engineering Co.; Ampco-Pittsburgh Corporation; Air & Liquid Systems Corporation; Imo Industries, Inc.; Warren Pumps, LLC; Caterpillar, Inc.; Northrop-Grumman Corporation; and Ingersoll-Rand Company.

ARMSTRONG TEASDALE LLP

BY: */s/ Anita M. Kidd*
    Raymond R. Fournie    #03126094
    Anita M. Kidd    #6229585
    Melanie R. King    #6192411
    Julie Fix Meyer    #6189064
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    rfournie@armstrongteasdale.com
    akidd@armstrongteasdale.com
    mking@armstrongteasdale.com
    jfixmeyer@armstrongteasdale.com

ATTORNEY FOR DEFENDANT
GENERAL ELECTRIC COMPANY

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of April, 2014, Defendant General Electric Corporation's Notice Regarding Status of Cross-Claims was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<em>/s/ Anita M. Kidd</em>